UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

GARY D. HOOKS, SR.
and ANGELA A. HOOKS,

                Debtors.

Bkrptcy No. 09-68900
HON. MARCI B. McIVOR

ANGELA A. HOOKS,

                Appellant,
_____/

Case No. 10-CV-11462
HON. GEORGE CARAM STEEH

## ORDER OF DISMISSAL

On April 9, 2010, appellant Angela Hooks filed a notice of appeal from an order of default judgment in bankruptcy court. Appellant failed to designate the items to be included in the record and failed to file a statement of the issues on appeal, as required. B.R. 8006. On August 26, 2010, the court ordered appellant to show cause on or before September 8, 2010 why this matter should not be dismissed for lack of prosecution. Appellant has failed to comply with the order to show cause. Now, therefore,

IT IS HEREBY ORDERED that the above-captioned appeal is DISMISSED.

Dated: September 13, 2010

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 13, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk